**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 93 MM 2021

                Respondent             :

                     v.                      :

LOVELLE KINON WEAVER,          :

                Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of December, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.